No. 04–5098. Calcano v. United States. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for fur-

ther consideration in light of *Crawford* v. *Washington,* 541 U. S. 36 (2004).